| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kaplan, Lewis A. | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>08/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Handy Place Investment Partnership |
| 2. Trustee | Trust▮▮▮▮▮▮▮▮▮ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Kaplan, Lewis A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Various | Pension and retirement plan pmts -pension plans for benefit of retirees of Random House, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania | 10/29-30/2009 | Philadelphia, Pa. | Lecture | Travel, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. NYS Pwr A Ser D 5.875 10 (E) | A | Interest | | | None | 01/04/10 | J | A | |
| 3. NYS Pwr A Ser GP 5.5 10(E) | A | Interest | | | Redeemed | 01/04/10 | J | A | |
| 4. NYS Pwr A Ser F 5.5 10 | A | Interest | | | Redeemed | 01/04/10 | J | A | |
| 5. Mun Inv Trust Ser A NY | A | Interest | | | Sold | 02/17/10 | J | A | |
| 6. PW 1986 EES lim ptn | | None | J | W | | | | | |
| 7. Handy Place Invest Part | | None | J | W | | | | | |
| 8. NYS MCFFA 5.125 12 | B | Interest | J | T | Redeemed (part) | 11/01/10 | J | A | |
| 9. Commack UFSD 4.375 13 | C | Interest | | | Redeemed | 06/01/10 | M | A | |
| 10. NYS Twy 5.125 13 | C | Interest | | | Redeemed | 04/01/10 | M | B | |
| 11. NY Tran at MTA 5.2 10 | C | Interest | | | Sold | 01/04/10 | L | A | |
| 12. NYS Env Fac 5.125 11 | B | Interest | K | T | Redeemed (part) | 10/28/10 | J | A | |
| 13. NYS Dorm 5.125 11 | B | Interest | L | T | Redeemed (part) | 09/07/10 | K | A | |
| 14. NYS Dorm 5.1 12 (E) | B | Interest | | | Redeemed | 09/23/10 | K | A | |
| 15. NYS Env Fac 4.55 13 | B | Interest | L | T | | | | | |
| 16. NYS Env Fac 4.95 17 | C | Interest | L | T | | | | | |
| 17. NYC Trans 5.0 19 | B | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Greece CSD 4.5 17 | B | Interest | | | Sold | 06/25/10 | M | A | |
| 19. NYC 4.375 11 (E) | C | Interest | M | T | | | | | |
| 20. MTA 5.0 23 | C | Interest | M | T | | | | | |
| 21. GECC 4.75 13 | D | Interest | M | T | | | | | |
| 22. NYC Ser J 4.625 18 | C | Interest | M | T | | | | | |
| 23. NYS Dorm 5.0 19 (mult. issues) | D | Interest | M | T | | | | | |
| 24. MTA 4.75 26 | D | Interest | N | T | | | | | |
| 25. Long Island Pwr 4.75 24 | C | Interest | M | T | | | | | |
| 26. NYS Dorm 4.75 25 | B | Interest | J | T | | | | | |
| 27. Bank Amer 4.65 12 | B | Interest | | | Sold | 12/15/10 | K | A | |
| 28. Port Auth NY&NJ 4.2 19 (E) | B | Interest | K | T | | | | | |
| 29. JP Morgan Chase accts (S) | A | Interest | K | T | | | | | |
| 30. NY Life whole life policies | A | Dividend | L | T | | | | | |
| 31. Ulster Co 4.25 21 | C | Interest | L | T | | | | | |
| 32. NYS Dorm 4.0 19 (E) | B | Interest | L | T | | | | | |
| 33. New York NY Ser N 4.0 17 (S) | C | Interest | K | T | Sold (part) | 01/14/10 | L | C | |
| 34. Minisink CSD 4.0 12 (S) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wayne CSD 4.0 20 (S) | A | Interest | K | T | | | | | |
| 36. Brookhaven CSD (S) | B | Int./Div. | K | T | | | | | |
| 37. HSBC Fin Corp 4.65 10 (S) | B | Interest | | | Sold | 04/15/10 | K | A | |
| 38. GECC 5.0 16 (S) | C | Interest | K | T | | | | | |
| 39. NYS Dorm 4.0 19 (S) | C | Interest | K | T | | | | | |
| 40. National Union Bank of [locality] | A | Int./Div. | J | T | | | | | |
| 41. New York NY IDA 4.0 17 (S) | B | Interest | K | T | | | | | |
| 42. Clarkstown 4.25 20 (E) | B | Interest | K | T | | | | | |
| 43. NYS Dorm 5.0 24 (E) | B | Int./Div. | | | Redeemed | 09/01/10 | K | A | |
| 44. NYC 5.0 21 (E) | B | Int./Div. | K | T | | | | | |
| 45. Port Auth 4.75 32 | C | Int./Div. | L | T | | | | | |
| 46. NYS Twy 3.5 18 | B | Int./Div. | L | T | | | | | |
| 47. NYS Twy 4.5 28 | C | Int./Div. | L | T | | | | | |
| 48. NYS Dorm 5.0 24 | A | Int./Div. | | | Redeemed | 01/25/10 | K | A | |
| 49. Southwest Bk of St Louis CD | C | Int./Div. | | | Redeemed | 03/08/10 | M | A | |
| 50. M&I Marshall & Isley 5.15 18 | D | Int./Div. | | | Redeemed | 07/12/10 | M | A | |
| 51. M&I Bank 5.15 18 | B | Int./Div. | | | Redeemed | 07/12/10 | L | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. M&I Marshall & Isley 5.25 18 | A | Int./Div. | | | Redeemed | 03/22/10 | K | A | |
| 53. Branch B&T 5.5 16 | C | Int./Div. | | | Redeemed | 08/06/10 | L | A | |
| 54. Discover Bank 3.4 11 (S) | B | Int./Div. | K | T | | | | | |
| 55. Southwest Bk of St L 5.2 18 (S) | B | Int./Div. | | | Sold | 07/30/10 | K | A | |
| 56. JP Morgan Chase (IRA) | A | Int./Div. | N | T | | | | | |
| 57. Pimco Fds Total Return | E | Distribution | O | T | | | | | |
| 58. JP Morgan Tax Free Money Mkt (E) | A | Interest | J | T | | | | | |
| 59. NYC Trans Fin 5.25 12 (E) | B | Interest | K | T | | | | | |
| 60. Unadilla NY 4.0 13 (E) | A | Interest | K | T | | | | | |
| 61. Islip NY 5.0 14 (E) | B | Interest | K | T | | | | | |
| 62. Nassau Co. NY 4.0 14 (E) | A | Interest | K | T | | | | | |
| 63. Perinton NY 3.25 15 (E) | A | Interest | K | T | | | | | |
| 64. Ithaca NY 4.0 16 (E) | A | Interest | K | T | Buy | 01/15/10 | K | | |
| 65. JP Morgan Treas Agy Fd | A | Distribution | K | T | | | | | |
| 66. JP Morgan Strategic Inc Fd | D | Distribution | O | T | | | | | |
| 67. JP Morgan Int'l Currency Fd | B | Distribution | M | T | Buy | 03/26/10 | L | | |
| 68. JP Morgan US Equity Fd | B | Distribution | M | T | Buy (add'l) | 03/25/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. JP Morgan Short Duration Bd Fd | D | Distribution | N | T | Buy (add'l) | 08/02/10 | L | | |
| 70. | | | | | Sold (part) | 10/18/10 | L | | |
| 71. NYC Ser F-1 5.0 21 | B | Interest | | | Redeemed | 09/01/10 | K | A | |
| 72. JP Morgan brokerage accts | A | Interest | N | T | | | | | |
| 73. JP Morgan Tax Free Money Mkt | A | Int./Div. | K | T | | | | | |
| 74. Schenectady Co. NY 2.0 11 | A | Interest | K | T | | | K | | |
| 75. Ithaca NY 4.0 13 | | None | K | T | | | | | |
| 76. Islip NY 5.0 14 | C | Interest | L | T | | | | | |
| 77. Nassau Co. NY 4.0 14 | A | Interest | K | T | | | | | |
| 78. Perinton NY 3.25 15 | A | Interest | K | T | | | | | |
| 79. Niskayuna NY 3.375 16 | B | Interest | K | T | | | | | |
| 80. Dutchess Co. NY 5.0 18 | B | Interest | K | T | | | | | |
| 81. Orange Co. NY 4.25 19 | B | Interest | K | T | | | | | |
| 82. JP Morgan Chase checking account | A | Interest | J | T | | | | | |
| 83. JP Morgan Treas & Agency Fd | A | Int./Div. | K | T | | | | | |
| 84. Pimco Funds Total Return | B | Distribution | L | T | | | | | |
| 85. JP Morgan Strategic Income | C | Distribution | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. JP Morgan International Value Fund | A | Distribution | K | T | | | | | |
| 87. JP Morgan US Equity Fund | B | Distribution | K | T | | | | | |
| 88. JP Morgan Short Duration Bond Fd | A | Distribution | K | T | | | | | |
| 89. JP Morgan brokerage accts | A | Interest | L | T | | | | | |
| 90. JP Morgan Tax Free Money Market Fd | A | Int./Div. | J | T | | | | | |
| 91. Schenectady Co. NY 2.0 11 | A | Interest | K | T | | | | | |
| 92. Ithaca NY 4.0 12 | | None | K | T | Buy | 01/15/10 | K | | |
| 93. Clarkstown NY 3.5 12 (S) | B | Interest | K | T | | | | | |
| 94. Perinton NY 3.25 13 | A | Interest | K | T | | | | | |
| 95. Unadilla NY 4.0 14 | A | Interest | K | T | | | | | |
| 96. Nassau Co. NY 4.0 14 | A | Interest | K | T | | | | | |
| 97. Am Century Eq Inc Fd | D | Distribution | M | T | Buy | 01/22/10 | L | | |
| 98. | | | | | Buy (add'l) | 03/25/10 | L | | |
| 99. Artio Intl Eq II | B | Distribution | L | T | Buy | 01/22/10 | K | | |
| 100. Causeway Int Value | A | Distribution | L | T | Buy | 01/28/10 | K | | |
| 101. Eaton Vance Spl Inv Trust | B | Distribution | M | T | Buy | 01/28/10 | L. | | |
| 102. | | | | | Buy (add'l) | 03/27/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W - Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. JP Morgan Intl Value | B | Distribution | L | T | Buy | 01/26/10 | K | | |
| 104. JP Morgan High Yield Bond | C | Distribution | M | T | Buy | 08/02/10 | K | | |
| 105. | | | | | Buy (add'l) | 10/18/10 | L | | |
| 106. JP Morgan Core Bond | B | Distribution | M | T | Buy | 08/03/10 | L | | |
| 107. Falconer CSD 4.0 15 | C | Interest | L | T | Buy | 01/27/10 | L | | |
| 108. Albany Co. 4.0 13 | A | Interest | L | T | Buy | 07/28/10 | L | | |
| 109. Falconer CSD 4.75 20 | B | Interest | K | T | Buy | 01/27/10 | K | | |
| 110. Marietta Ga 4.0 16 | B | Interest | L | T | Buy | 01/11/10 | L | | |
| 111. Nassau Co. 5.0 15 | B | Interest | L | T | Buy | 06/21/10 | L | | |
| 112. Pembroke CSD 4.0 20 | C | Interest | M | T | Buy | 04/29/10 | M | | |
| 113. Skaneateles CSD 4.5 19 | B | Interest | L | T | Buy | 05/11/10 | L | | |
| 114. Starpoint CSD 4.0 15 | B | Interest | L | T | Buy | 06/23/10 | L | | |
| 115. Causeway Intl Value | A | Distribution | K | T | Buy | 01/28/10 | J | | |
| 116. Eaton Vance Sp Inv Trust | A | Distribution | L | T | Buy | 01/26/10 | K | | |
| 117. | | | | | Buy (add'l) | 04/05/10 | K | | |
| 118. JP Morgan Int'l Currency | A | Distribution | K | T | Buy | 03/31/10 | K | | |
| 119. Artio Intl Eq II | A | Distribution | K | T | Buy | 01/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JP Morgan High Yield Bond | A | Distribution | K | T | Buy | 08/03/10 | J | | |
| 121. Am Century Eq Inc Fd | B | Distribution | L | T | Buy | 01/22/10 | K | | |
| 122. | | | | | Buy (add'l) | 03/31/10 | K | | |
| 123. JP Morgan Core Bond | A | Distribution | K | T | Buy | 08/03/10 | K | | |
| 124. Ellenville CSD 4.0 16 | A | Interest | K | T | Buy | 02/17/10 | K | | |
| 125. Falconer CSD 4.75 20 | B | Interest | K | T | Buy | 01/27/10 | K | | |
| 126. Hawaii 4.0 15 | A | Interest | K | T | Buy | 02/18/10 | K | | |
| 127. NYS Twy 2.5 11 | A | Interest | K | T | Buy | 01/11/10 | K | | |
| 128. Ozark Mo 4.0 18 | A | Interest | K | T | Buy | 04/08/10 | K | | |
| 129. Port Jefferson 3.5 15 | A | Interest | K | T | Buy | 02/18/10 | K | | |
| 130. Rocky Point CSD 4.0 16 | A | Interest | K | T | Buy | 01/27/10 | K | | |
| 131. Three Village CSD 3.0 13 | A | Interest | K | T | Buy | 01/27/10 | K | | |
| 132. New Mexico 4.0 18 (E) | A | Interest | K | T | Buy | 02/03/10 | K | | |
| 133. Hewlett Woodmere 4.0 20 (E) | A | Interest | K | T | Buy | 09/13/10 | K | | |
| 134. Riverhead 4.0 18 (E) | A | Interest | K | T | Buy | 09/13/10 | K | | |
| 135. Rocky Point CSD 4.0 16 (E) | A | Interest | K | T | Buy | 01/27/10 | K | | |
| 136. Alpine Ut 4.0 13 (E) | A | Interest | K | T | Buy | 01/27/10 | K | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)         U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dallas Tx Comm Coll 4.0 17 | A | Interest | K | T | Buy | 02/25/10 | K | | |
| 138. Wallkill 3.5 17 | | None | K | T | Buy | 01/21/10 | K | | |
| 139. NYS Dorm 4.5 15 | | None | L | T | Buy | 06/15/10 | L | | |
| 140. No. Colonie CSD 4.0 12 | | None | K | T | Buy | 11/22/10 | K | | |
| 141. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  (E) designates assets held as trustee

2.  Part VII, line 40
    - name of locality omitted for security reasons

3.  Income for 1986 EES and Handy Place partnerships equals distributions

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544